Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. Raymond M. Hudson* and *H. Earlton Hanes* for petitioner. *Solicitor General Biggs, Assistant Attorney General Blair,* and *Messrs. A. G. Iverson* and *W. Marvin Smith* for the United States.

No. 321. GILLIAM ET AL., RECEIVERS, *v.* UNITED STATES. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. H. Earlton Hanes* for petitioners. *Solicitor General Biggs* and *Mr. W. Marvin Smith* for the United States.

No. 254. PARAMOUNT PUBLIX CORP. *v.* AMERICAN TRI-ERGON CORP. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. MR. JUSTICE BRANDEIS took no part in the consideration or decision of this application. *Mr. Charles Neave* for petitioner. *Messrs. Thomas D. Thacher, Theodore S. Kenyon,* and *S. Mortimer Ward, Jr.,* for respondent.

No. 255. ALTOONA PUBLIX THEATRES, INC. *v.* AMERICAN TRI-ERGON CORP. ET AL.; and

No. 256. WILMER & VINCENT CORP. ET AL. *v.* SAME. October 8, 1934. Petition for writs of certiorari to the Circuit Court of Appeals for the Third Circuit denied. MR. JUSTICE BRANDEIS took no part in the consideration or decision of this application. *Messrs. Charles Neave, Thomas G. Haight, Merrell E. Clark,* and *Henry R. Ashton* for petitioners. *Messrs. Thomas D. Thacher, Hugh M. Morris,* and *S. Mortimer Ward, Jr.,* for respondents.